UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LETICIA VEGA,

              Plaintiff,

-v-

Commissioner of Social Security,

              Defendants.

CIVIL ACTION NO.: 25 Civ. 564 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant's request for extension of time (ECF No. 10) is **GRANTED**, and it is ORDERED as follows:

1. By **April 21, 2025**, Defendant shall file the certified administrative record.

2. By **June 20, 2025**, Plaintiff shall file her motion for judgment on the pleadings.

3. By **August 19, 2025**, Defendant shall file its response.

4. By **September 9, 2025**, Plaintiff may file a reply.

Dated:     New York, New York
             March 11, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**