UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LETICIA VEGA,

               Plaintiff,

    - against -

COMMISIONER OF SOCIAL SECURITY,

               Defendant.

25-cv-564 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has reviewed the Report and Recommendation of Magistrate Judge Jones dated November 23, 2025 (ECF No. 20), in connection with the plaintiff's motion for judgment on the pleadings (ECF No. 15). No objections have been filed and the time for objections has passed. In any event, the Court finds that the Report and Recommendation is thorough and well-reasoned and should be adopted. The plaintiff's motion for judgment on the pleadings is therefore **granted**, and the case is **remanded** for further proceedings pursuant to sentence four of § 405(g) of the Social Security Act.

The Clerk is respectfully directed to enter judgment in favor of the plaintiff. The Clerk is also requested to close all pending motions and to close this case.

SO ORDERED.
Dated:    New York, New York
          December 9, 2025

                                   John G. Koeltl
                        United States District Judge