**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
LETICIA VEGA,

                       Plaintiff,                       25 **CIVIL** 0564 (JGK)

       -against-                             **JUDGMENT**

COMMISIONER OF SOCIAL SECURITY,

                     Defendant.
-----------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated December 9, 2025, plaintiff's motion for judgment on the pleadings is granted, and the case is remanded for further proceedings pursuant to sentence four of§ 405(g) of the Social Security Act; accordingly, this case is closed.

**Dated:**  New York, New York

     December 10, 2025

                                     **TAMMI M. HELLWIG**
                                         _____
                                         **Clerk of Court**

                   **BY:**                    
                                   _____
                                        **Deputy Clerk**