UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

LETICIA VEGA,

                    Plaintiff,          25-cv-564 (JGK)

        - against -             ORDER

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
_____

JOHN G. KOELTL, District Judge:

    The Government should respond to the plaintiff's motion for attorneys' fees (ECF No. 23) by **March 25, 2026.** The plaintiff may reply by **April 1, 2026.**


SO ORDERED.

Dated:    New York, New York
           March 11, 2026

                                _____
                                  John G. Koeltl
                      United States District Judge